UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| ROBERT BELL, | ) | |
| --- | --- | --- |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:08CV1597 MLM |
| | ) | |
| TROY STEELE, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER OF DISMISSAL**

In accordance with the Memorandum and Order entered herewith, petitioner's case will be dismissed for failure to comply with Rule 41(b) of the Federal Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(b).

Dated this 26th day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE